# Court of Appeals
# of the State of Georgia

ATLANTA,____April 28, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1408. THOMAS v. WELLS FARGO BANK, N.A.

This appeal was docketed on March 19, 2015. To date, Appellant Carlton W. Thomas has not filed a brief as required by Court of Appeals Rule 23 (a).[1] Accordingly, this appeal is hereby dismissed pursuant to Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____04/28/2015____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Court of Appeals Rule (a) requires an appellant to file a brief containing an enumeration of errors within 20 days after the appeal is docketed and further provides that "[f]ailure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal, and may subject the offender to contempt."